# EXHIBIT A

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| PAMELA GUSTOVICH | : | Case No. 3:14-cv-01242-CSH |
| Plaintiff, | : | |
| -against- | : | |
| TOWN OF GREENWICH | : | |
| Defendant. | : | |
| | : | February 27, 2015 |

## NOTICE OF DEPOSITION

PLEASE TAKE NOTICE THAT, pursuant to Rule 30 of the Federal Rules of Civil Procedure, the defendant, Town of Greenwich, will take the deposition of Plaintiff Pamela Gustovich on May 13, 2015, commencing at 10:00 a.m. at the offices of Shipman & Goodwin LLP, 300 Atlantic Street, Third Floor, Stamford, Connecticut 06901.

The deposition shall be conducted under oath and will be recorded stenographically and videotaped before a certified court reporter and videographer or other officer authorized by law to administer oaths.  You are invited to attend and participate as authorized by law.

DEFENDANT,
TOWN OF GREENWICH

By:

Saranne P. Murray (ct14259)
Robin G. Frederick (ct10542)
Christopher T. Parkin (ct28074)
Shipman & Goodwin LLP
300 Atlantic Street, Third Floor
Stamford, CT  06901-3522
Tel. (203) 324-8100
Fax (203) 324-8199
E-mail: cparkin@goodwin.com
Its Attorneys

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of February, 2015, I caused a true copy of the foregoing to be
served, via email and U.S. mail, postage prepaid, upon the following named counsel of record:
Kathryn Emmet
Emmett & Glander
45 Franklin Street
Stamford, CT 06901
Phone 203-324-7744 ext. 17
Fax 203-969-1319
kemmett@emmettandglander.com

David S. Golub
Silver Golub & Teitell LLP
184 Atlantic Street
Stamford, CT 06901
Tel. 203 325-4491
Fac. 203 325-3769
email:  dgolub@sgtlaw.com

Christopher T. Parkin (ct28074)

3948585v1

- 3 -

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| PAMELA D. GUSTOVICH, | : | |
| | : | Civil Action No. 3:14-cv-01242-CSH |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| TOWN OF GREENWICH, | : | |
| | : | |
| Defendant. | : | February 27, 2015 |

## DEFENDANT'S FIRST SET OF INTERROGATORIES TO
## PLAINTIFF PAMELA D. GUSTOVICH

Pursuant to Rule 33 of the Federal Rules of Civil Procedure, Defendant, Town of Greenwich hereby requests that Plaintiff, Pamela D. Gustovich answer, in writing, under oath, the following interrogatories, in accordance with Rule 33 within thirty (30) days from the date of certification of service of Defendant's First Set of Interrogatories to Plaintiff.

## INSTRUCTIONS

1. In addition to the specific instructions below, these interrogatories incorporate by reference the instructions set forth in Rule 33 of the Federal Rules of Civil Procedure.

2. In responding to these interrogatories, Plaintiff shall furnish all available information personally known by the Plaintiff. If Plaintiff cannot respond to these interrogatories in full after exercising due diligence to secure the information requested, Plaintiff shall so state and answer to the extent possible.

3. Questions regarding the interpretation of the interrogatories should be resolved in favor of the broadest possible construction.

4. The interrogatories which follow are to be considered as continuing, and Plaintiff is requested to provide, by way of supplementary responses thereto, such additional information as Plaintiff or any persons acting on Plaintiff's behalf may hereafter obtain which will augment, clarify or otherwise modify the responses now given.

3849651v5

3.      For each person identified in response to Interrogatory No. 2, describe in detail the subject matter of that person's testimony, the facts upon which that person will rely, and identify any and all documents and/or communications upon which each person is expected to rely.

Response:

4.      Identify each and every device you use or have used to communicate or store communications or other documents from January 1, 2010 through the present including, but not limited, to all computers, storage devices, phones, and tablets.

Response:

5.      Identify all social networking websites you use or have used from January 1, 2010 to the present.  For each such social networking website, identify the timeframe within which you accessed the social networking website and your account or screen name, if any.

Response:

6.      Identify all physicians, therapists, counselors, or other health care providers whom you have consulted regarding your mental health since January 1, 2010.  Please execute the attached authorization form to enable Defendant to obtain copies of any records relating to these providers.

3849651v5

By: _____
Robin G. Frederick (ct10542)
Christopher T. Parkin (ct28074)
Shipman & Goodwin LLP
300 Atlantic St.
Stamford, CT 06901
Phone: (203) 324-8100
Fax: (203) 324-8199
Email: rfrederick@goodwin.com
Email: cparkin@goodwin.com

Its Attorneys

3849651v5

CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of February, 2015, I caused a true copy of the foregoing to be served, via email and U.S. mail, postage prepaid, upon the following named counsel of record:

Kathryn Emmet
Emmett & Glander
45 Franklin Street
Stamford, CT 06901
Phone 203-324-7744 ext. 17
Fax 203-969-1319
kemmett@emmettandglander.com

David S. Golub
Silver Golub & Teitell LLP
184 Atlantic Street
Stamford, CT 06901
Tel. 203 325-4491
Fac. 203 325-3769
email: dgolub@sgtlaw.com

Christopher T. Parkin (ct 28074)

7

Signature: _____

Printed Name:


The foregoing instrument was acknowledged before me this _____ day of _____ 2015, by
_____ who is personally known to me or who has produced
identification and who did take an oath and who declares that the information contained in these
interrogatory responses is true and accurate.


_____ Personally Known                          _____    Identification Produced
                                                Type of Identification:_____


WITNESS my hand and official seal this _____ day of                          , 2015.


_____
NOTARY PUBLIC


_____
Notary Public Printed Name


_____
Commission Number & Expiration Date

## AUTHORIZATION FOR RELEASE OF MEDICAL RECORDS
## BILLS AND INFORMATION

Patient Name:    Pamela D. Gustovich

Address:    _____

DOB:    _____

Subject to the statements printed on the next page, I, the undersigned patient, hereby authorize
_____ ("Provider") to release and furnish any and all medical information
contained in your files or in your custody or control relating to me including, but not limited to,
all doctors' and nurses' reports and notes, prognoses, diagnoses, x-ray reports, lab reports, charts,
physical therapy reports, correspondence, medical bills, prescriptions, and progress summaries
("Protected Health Information") for the purpose described below, and to release such
information to the following:

    SHIPMAN & GOODWIN LLP (Atty. Christopher Parkin)
    300 Atlantic Street
    Stamford, CT  06901
    (203) 324-8139

This authorization and any information released under it are to be used for the following
purpose: *legal evaluation and/or pending legal proceedings.*

I agree that a copy of this authorization will be as valid as the original.  This authorization will be
valid for a period of one year from the date below. I understand that I may revoke this
authorization at any time by notifying the Privacy Officer of Provider in writing, but if I do it
will not have any effect on actions Provider took before it received the revocation.

I understand that under applicable law the information disclosed under this authorization may be
subject to further disclosure by the recipient and thus, may no longer be protected by federal
privacy regulations.

I understand that my treatment or continued treatment by Provider is in no way conditioned on
whether or not I sign this authorization and that I may refuse to sign it.

                                                                Date: _____

_____
Patient Signature (or authorized representative)
Print Name: Pamela D. Gustovich

9

3849651v5

Any information released by Provider to authorized persons is subject to the following notices:

Psychiatric Information:

In the event that information released constitutes confidential psychiatric information protected under Connecticut law:

This information has been disclosed to you from records whose confidentiality is protected by state law.  State law prohibits you from making further disclosure of it or of using it for any purpose other than that indicated above without the specific written consent of the person to whom it pertains, or as otherwise permitted by said law.

Drug and Alcohol Abuse Information:

In the event that information released is protected by the HHS Confidentiality of Alcohol and Drug Abuse Patient Records regulations:

This information has been disclosed to you from records protected by Federal confidentiality rules (42 CFR Part 2).  The Federal rules prohibit you from making any further disclosure of this information unless further disclosure is expressly permitted by the written consent of the person to whom it pertains or as otherwise permitted by 42 CFR Part 2.  A general authorization for the release of medical or other information is NOT sufficient for this purpose.  The Federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient.

HIV-Related Information:

In the event that information released constitutes confidential HIV-related information protected under Connecticut law:

This information has been disclosed to you from records whose confidentiality is protected by state law.  State law prohibits you from making any further disclosure of it without the specific written consent of the person to whom it pertains, or as otherwise permitted by said law.  A general authorization for the release of medical or other information is NOT sufficient for this purpose.

10

3849651v5

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| PAMELA D. GUSTOVICH, | : | |
| Plaintiff, | : | Civil Action No. 3:14-cv-01242-CSH |
| | : | |
| v. | : | |
| | : | |
| TOWN OF GREENWICH, | : | |
| Defendant. | : | February 27, 2015 |

## DEFENDANT'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS

Pursuant to Rules 26 and 34 of the Federal Rules of Civil Procedure, defendant Town of Greenwich hereby requests that plaintiff Pamela D. Gustovich ("Plaintiff") produce for inspection and copying the following categories of documents or things within her possession, custody, or control. Plaintiff shall serve a written response to these requests and produce all such documents and things at the law offices of Shipman & Goodwin LLP, 300 Atlantic Street, Third Floor, Stamford, CT 06901, within thirty (30) days from the date of service of these requests.

## INSTRUCTIONS

1.      In addition to the specific instructions below, these requests incorporate by reference the instructions set forth in Rule 34 of the Federal Rules of Civil Procedure.

2.      In responding to these requests, you shall produce all responsive documents in your possession, custody, or control or in the possession, custody, or control of any of your agents, employees, attorneys, accountants, or other representatives or anyone acting on your behalf or under your direction or control. A document shall be deemed within your control if you have the

## REQUESTS FOR PRODUCTION

1.      All non-privileged documents constituting, concerning or relating to communications, whether written or oral, by and between you, witnesses, potential witnesses, and/or any and all persons consulted in connection with this action, regarding the subject of this action.

2.      All documents that you or your attorneys receive from any non-party, in response to any formal or informal discovery request in connection with this action, including all documents concerning such requests.

3.      All non-privileged documents concerning or relating to the subject matter of the Complaint, which are within your possession or control.

4.      All documents, including, without limitation, notes, diary or journal entries, memoranda, evaluations, recommendations, calendar entries, correspondence, statements or other documents concerning, relating, or referring to any allegations set forth in the Complaint.

5.      All documents constituting, concerning, or relating to any communications, whether oral or written, between you and Defendant relating to the allegations in the Complaint.

6.      All documents concerning or relating to any treatment or expenses incurred by you as a result of your alleged anxiety and/or emotional distress, including but not limited to pharmacy records, medical bills, patient charts, therapist notes, and explanations of benefits.

7.      All documents concerning or relating to the "continuous and concerted" "threats and humiliation" you allege in Paragraph 11 of the Complaint.

8.      All your social media accounts as they existed on the date of service of these requests for production.

9.      All documents concerning or relating to your allegation in Paragraph 11 of the Complaint that the alleged hostile work environment has been "concerted."

10.      All documents concerning or relating to your allegation in Paragraph 11 of the Complaint that the Greenwich Police Department is "permeated with discriminatory intimidation, ridicule and insult based on animus" toward women.

11.      All documents concerning or relating to your allegation in Paragraph 11 of the Complaint that the Greenwich Police Department is "permeated with discriminatory intimidation, ridicule and insult based on animus" toward lesbians.

DEFENDANT,
TOWN OF GREENWICH

By: _____
     Saranne P. Murray (ct14259)
     Robin G. Frederick (ct10542)
     Christopher T. Parkin (ct28074)
     Shipman & Goodwin LLP
     300 Atlantic Street, Third Floor
     Stamford, CT  06901-3522
     Tel. (203) 324-8100
     Fax (203) 324-8199
     E-mail: cparkin@goodwin.com
     Its Attorneys

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 27th day of February, 2015, I caused a true copy of the foregoing to be served, via email and U.S. mail, postage prepaid, upon the following named counsel of record:

Kathryn Emmet
Emmett & Glander
45 Franklin Street
Stamford, CT 06901
Phone 203-324-7744 ext. 17
Fax 203-969-1319
kemmett@emmettandglander.com

David S. Golub
Silver Golub & Teitell LLP
184 Atlantic Street
Stamford, CT 06901
Tel. 203 325-4491
Fac. 203 325-3769
email: dgolub@sgtlaw.com

Christopher T. Parkin (ct28074)

3792867v6

9