# EXHIBIT C

# Thomas, Clarisse N.

| | |
|---|---|
| **From:** | Jennifer Goldstein - Silver Golub & Teitell <jgoldstein@sgtlaw.com> |
| **Sent:** | Wednesday, May 20, 2015 12:54 PM |
| **To:** | Thomas, Clarisse N. |
| **Cc:** | Frederick, Robin; David Golub- Silver Golub & Teitell |
| **Subject:** | STIPULATED PROTECTIVE ORDER - 62551 |
| **Attachments:** | STIPULATED PROTECTIVE ORDER - 62551.pdf |

Clarisse,

As per our telephone conversation yesterday, attached please find a Stipulated Protective Order that I suggest we use to protect the confidentiality of Pam Gustovich's medical records. If you or Robin have any questions or comments, feel free to call—otherwise, please sign and return it to us, and we will sign and file with the court. I am planning to produce our discovery responses/responsive documents to you tomorrow, and would like to include signed authorizations for her medical records if we can get this Stipulated Protective Order on file before then. Otherwise, we will produce everything but the medical authorizations, and will produce them as soon as we get something on file with the court.

Thanks and regards,

Jennifer

**Jennifer B. Goldstein**
Silver Golub & Teitell LLP
184 Atlantic Street
Stamford, CT 06901

tel: 203.325.4491
fax: 203.325.3769 fax
www.sgtlaw.com

1