UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

---

| | | |
|---|---|---|
| PAMELA D. GUSTOVICH, | : | |
| Plaintiff, | : | CIV. NO. 3:14 cv 01242 (CSH) |
| v. | : | |
| TOWN OF GREENWICH and MARK KORDICK | : | |
| Defendants. | : | OCTOBER 1, 2015 |

## STIPULATION BY AGREEMENT TO WITHDRAW DEFENDANT'S MOTION TO COMPEL PRODUCTION OF SIGNED MEDICAL AUTHORIZATIONS WITHOUT <u>PREJUDICE TO REPLEAD</u>

Plaintiff Pamela D. Gustovich and defendant The Town of Greenwich hereby stipulate by agreement that defendant will withdraw its Motion to Compel Production of Documents dated August 6, 2015, without prejudice to its ability to replead.

On August 6, 2015, defendant moved to compel production of authorizations for defendant to obtain plaintiff's medical records. This Court granted plaintiff's motion (consented to by defendant The Town of Greenwich) for an extension of time until October 1, 2015 to respond to defendant's motion to compel. The parties have been engaged since May 2015 in negotiations over the wording and scope of a protective order covering the production of plaintiff's medical records and other confidential information. On September 8, 2015, the Court granted plaintiff's motion for permission to amend the complaint and to add an additional party, Mark Kordick ("Kordick"), as a defendant (Doc. 41). Kordick's separate counsel has not yet

filed an appearance in this case. Because plaintiff and The Town of Greenwich recognize that it will be necessary to obtain defendant Kordick's consent to the terms of the protective order, the parties have been unable to finalize the terms of the protective order until defendant Kordick's separate counsel has had a chance to review it and participate in discussions with other counsel for the parties.

For this reason, defendant The Town of Greenwich and plaintiff have agreed to the above stipulation.

Date: October 1, 2015                           PLAINTIFF PAMELA D. GUSTOVICH

By: /s/ Jennifer B. Goldstein
    David S. Golub (ct00145)
    Jennifer B. Goldstein (ct15697)
    SILVER GOLUB & TEITELL LLP
    184 Atlantic Street Stamford, CT 06901
    Telephone (203) 325-4491
    Facsimile (203) 325-3769
    dgolub@sgtlaw.com
    jgoldstein@sgtlaw.com

Date: October 1, 2015                           DEFENDANT TOWN OF GREENWICH

By: /s/ Clarisse N. Thomas
    Robin G. Frederick (ct10542)
    Clarisse N. Thomas (ct27583)
    Shipman & Goodwin, LLP
    300 Atlantic Street- 3rd Floor
    Stamford, CT 06901
    Telephone (203)324-8100
    Facsimile (203)324-8199
    rfrederick@goodwin.com
    cthomas@goodwin.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of October, 2015, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be set by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*/s/ Jennifer B. Goldstein*
Jennifer B. Goldstein (ct15697)