UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| PAMELA D. GUSTOVICH, | : | |
| | : | |
| Plaintiff, | : | Case No.: 3:14-cv-1242 (CSH) |
| | : | |
| v. | : | |
| | : | |
| TOWN OF GREENWICH, ET AL. | : | |
| | : | |
| Defendants. | : | June 27, 2016 |
| | : | |

**DEFENDANT TOWN'S SECOND MOTION FOR EXTENSION OF TIME --
ON CONSENT -- TO FINALIZE SETTLEMENT**

Defendant Town of Greenwich (the "Town"), by and through its undersigned counsel, hereby requests an extension of time until July 27, 2016, to finalize settlement in this case.

In support of this motion, the undersigned states that before settlement can be finalized, the Town needs approval from all applicable Town boards. The board approval has taken longer than anticipated but the Town is hopeful that it can obtain such approval within the next 30 days.

The undersigned has conferred with counsel for Plaintiff, as well as counsel for defendant Mark Kordick, and they have no objection. This is the Town's second request for an extension of time on this matter.

4877114

        Respectfully Submitted,

        DEFENDANT,
        TOWN OF GREENWICH


        By: \_/s/ Clarisse N. Thomas_____
           Robin G. Frederick (ct10542)
           Clarisse N. Thomas (ct27583)
           Shipman & Goodwin LLP
           300 Atlantic Street, Third Floor
           Stamford, CT 06901
           Telephone: (203) 324-8100
           Facsimile: (203) 324-8199
           E-mail: rfrederick@goodwin.com
           E-mail: cthomas@goodwin.com

        Its Attorneys

4877114

## **CERTIFICATE OF SERVICE**

      I hereby certify that on June 27, 2016, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

          /s/ Clarisse N. Thomas
      Clarisse N. Thomas (ct27583)

4877114