**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| PAMELA D. GUSTOVICH, | : | |
| | : | |
| Plaintiff, | : | Case No.: 3:14-cv-1242 (CSH) |
| | : | |
| v. | : | |
| | : | |
| TOWN OF GREENWICH, ET AL. | : | |
| | : | |
| Defendants. | : | July 27, 2016 |
| | : | |

**DEFENDANT TOWN'S THIRD MOTION FOR EXTENSION OF TIME --**
**ON CONSENT -- TO FINALIZE SETTLEMENT**

Defendant Town of Greenwich (the "Town"), by and through its undersigned

counsel, hereby requests an extension of time until August 10, 2016, to finalize settlement

in this case, due to extenuating circumstances beyond the Town's control.

In support of this motion, the undersigned states that before settlement can be

finalized, the Town needs approval from all applicable Town boards.  To date, the Town

has been successful in getting the necessary approval from two of the three Town boards.

Both the Claims Committee and the Board of Selectmen have already approved the

settlement.

As for the last Town board, a meeting of the Board of Estimate & Taxation

("BET") was scheduled for July 26, 2016.  However, the meeting could not go forward,

because due to vacation schedules and other conflicts, there were not enough board

members present to establish a quorum.  As a result, the BET meeting has been

rescheduled for August 3, 2016.

4963934

Given these circumstances, the Town was not able to obtain approval from all applicable Town boards within the present deadline of July 27, 2016, and it respectfully requests an additional two weeks (until August 10, 2016) to accomplish this goal.

The undersigned has conferred with counsel for Plaintiff, as well as counsel for defendant Mark Kordick regarding the above events, and they consent to the present motion.  This is the Town's third request for an extension of time on this matter.

Respectfully Submitted,
DEFENDANT,
TOWN OF GREENWICH


By:  /s/ Clarisse N. Thomas
     Robin G. Frederick (ct10542)
     Clarisse N. Thomas (ct27583)
     Shipman & Goodwin LLP
     300 Atlantic Street, Third Floor
     Stamford, CT 06901
     Telephone: (203) 324-8100
     Facsimile: (203) 324-8199
     E-mail: rfrederick@goodwin.com
     E-mail: cthomas@goodwin.com

     Its Attorneys

2

4963934

3

## CERTIFICATE OF SERVICE

I hereby certify that on July 27, 2016, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

/s/ Clarisse N. Thomas
Clarisse N. Thomas (ct27583)

4963934