UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| PAMELA D. GUSTOVICH,<br><br>          Plaintiff,<br>   v.<br><br>TOWN OF GREENWICH and<br>MARK KORDICK<br><br>          Defendants. | 3:14-CV-01242 (CSH)<br><br><br><br><br><br><br>August 30, 2016 |

### ORDER

**HAIGHT,** Senior District Judge:

The parties are ordered to confer and submit a joint status report on or before **September 30, 2016** given that the date requested in the *Third Motion for Extension of Time on Consent* has elapsed without any notice to the Court of the acceptance by the Town of Greenwich of the proposed settlement.

The Court encourages settlement efforts. However, given the passage of time, and if the case has not been settled by September 30, the parties are directed to include in their status report on that date a description of the then existing prospects for settlement. If settlement is unlikely, counsel must state whether pretrial discovery has been completed, in which event the next step in the case will be submission of a Joint Pre-Trial Memorandum under the Local Rules.

SO ORDERED.

Dated: New Haven, Connecticut
August 30, 2016

                                                 */s / Charles S. Haight*
                                         CHARLES S. HAIGHT, JR.
                                         Senior United States District Judge